No. 95–1250. DOLCEFINO v. RAY. Sup. Ct. Tex. Certiorari denied.

No. 95–1260. EAGERTON, ALABAMA COMMISSIONER OF REVENUE, ET AL. v. OWNER-OPERATOR INDEPENDENT DRIVERS ASSN., INC., ET AL. Ct. Civ. App. Ala. Certiorari denied. 

No. 95–1296. TALLEY v. FLATHEAD VALLEY COMMUNITY COLLEGE ET AL. Sup. Ct. Mont. Certiorari denied. 

No. 95–1300. CRAWFORD ET AL. v. ROANE ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–1332. SILVA v. CITY OF MADISON, WISCONSIN. C. A. 7th Cir. Certiorari denied.

No. 95–1338. TSE ET AL. v. SCHWARZSCHILD. C. A. 9th Cir. Certiorari denied.

No. 95–1356. TRUJILLO v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 95–1358. HESS v. MACASKILL, DIRECTOR, WOMEN'S CORRECTIONAL CENTER. C. A. 9th Cir. Certiorari denied. 

No. 95–1366. HANLIN ET VIR v. SUPERIOR COURT OF CALIFORNIA, SANTA CLARA COUNTY (AMERICAN GENERAL FINANCE, INC., REAL PARTY IN INTEREST). Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 95–1370. CARR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–1401. LIBUTTI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–1409. ESTACIO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–1433. FIELDS ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.